IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00565-RPM-MEH

DARCI KUNARD,

    Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    As discussed on the record at the Scheduling Conference set May 21, 2010, I have been made aware that Plaintiff's counsel and his firm have had recurring incidents of failure to confer with opposing counsel, as required by D.C. Colo. LCivR 7.1, and of filing proposed scheduling orders without input from Defendant's counsel. Repeated noncompliance with the Federal Rules of Civil Procedure and with the Local Rules of Practice for this district is causing the Court to incur a disproportionate amount of time and effort in handling these matters, which, by their nature, involve relatively insignificant amounts of money compared to the other cases this district handles. Accordingly, if such conduct continues, the Court will exercise its discretion to impose sanctions and require in-person attendance of counsel at all conferences and hearings. If the conduct still continues after the initial imposition of sanctions, the Court may increase the sanctions commensurate with the duration of the conduct.

    IT IS SO ORDERED.

Dated at Denver, Colorado, this 24th day of May.

                          BY THE COURT:

                          *Michael E. Hegarty*

                          Michael E. Hegarty
                          United States Magistrate Judge