IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00565-RPM-MEH

DARCI KUNARD,

    Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2010.**

    Defendant's Motion to Compel Production of Documents [filed October 15, 2010; docket #24] is **denied as moot**. In its reply, Defendant states it "withdraw[s] its request to compel the production of documents." (Docket #30 at 9.)