IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00565-RPM-MEH

DARCI KUNARD,

      Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 17, 2010.**

      The Stipulated Motion for Protective Order [filed December 15, 2010; docket #32] is **granted**. The parties' proposed Protective Order is accepted and is filed contemporaneously with this minute order.