IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00565-RPM

DARCI KUNARD,

     Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

     Defendants.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the Trial Setting Conference today, it is

ORDERED that this matter is set for trial to jury on **July 25, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED proposed voir dire and jury instructions shall be delivered, in paper form, directly to chambers by **4:00 p.m. on July 18, 2011.**

DATED:   March 11, 2010

                             BY THE COURT:

                             s/Richard P. Matsch

                             _____

                             Richard P. Matsch, Senior District Judge