IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00565-RPM

DARCI KUNARD,

    Plaintiff,

v.

SCOTT LOWERY LAW OFFICE, P.C.,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the stipulation of dismissal with prejudice [53] filed today, it is

ORDERED that this action is dismissed with prejudice.

DATED:   August 16th, 2011

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge